IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DENINAH GOODWIN WEBB, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:17-CV-878-M-BN |
| | § | |
| DALLAS AREA RAPID TRANSIT (DART) AND RENE GARNER, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendant Dallas Area Rapid Transit's motion to dismiss under Federal Rule of Civil Procedure 12(b)(5) is DENIED. But the Court QUASHES Plaintiff's defective services of process and ORDERS Plaintiff to properly serve all named defendants in the operative complaint by no later than 30 days after entry of this order.

SO ORDERED this 13th day of September, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE